IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELISSA ANN GREEN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **4:26CV3095**<br><br>**ORDER ON DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME** |

This case is before the Court on Defendant's [Second] Unopposed Motion for Extension of Time. Filing 21. The Court granted Defendant's prior motion for extension of his deadline to file a Motion to Affirm from September 16, 2026, to October 16, 2026. Filing 20. Defendant seeks another extension, from October 16, 2026, to November 16, 2026, to file his Motion to Affirm because workload demands prevent SSA agency counsel from providing necessary support under the current deadline. Filing 21 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 21 at 1. The Court concludes that good cause exists for the requested extension, but any further extension will likely require extraordinary circumstances. Accordingly,

IT IS ORDERED that Defendant's [Second] Unopposed Motion for Extension of Time, Filing 21, is granted. Defendant shall have to and including November 16, 2026, to file his Motion to Affirm.

Dated this 15th day of October, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge